IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02270-PAB

MED1ONLINE, LLC,

    Plaintiff,

v.

MED ONE CAPITAL, INC.,

    Defendant.

_____

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
_____

    The Court issued a Minute Order [Docket No. 12] on June 10, 2009 requiring plaintiff to show cause by June 22, 2009 why this case should not be dismissed. *See* D.C.COLO.LCivR 41.1. On September 3, 2008, Judge John L. Kane, to whom this case was previously assigned, ordered the parties to file dismissal documents or a status report on the status of their settlement on or before October 31, 2008. The parties filed a status report and requested a thirty-day extension of time on October 31, 2008, stating that they were in the final stages of settlement and required an additional time to finalize such settlement. Neither of the parties has taken any action in this case since that date. Moreover, plaintiff has not responded to the Court's June 10, 2009 Minute Order, the response deadline for which has since passed.

    Accordingly, it is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(b) and D.C.COLO.LCivR 41.1, this matter, and all claims asserted therein, is dismissed without prejudice, with each

party to bear its own attorneys' fees and costs.

DATED June 26, 2009.

                                                                    BY THE COURT:

                                                                    s/Philip A. Brimmer
                                                                    PHILIP A. BRIMMER
                                                                    United States District Judge